# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EUGENE DAVIS, | No. CV 18-6017-GW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| S. HATTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 6, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE